UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ALEX RUIZ,**

   Plaintiff,

v.                                          No. 4:22-CV-1103-P

**LAND O' LAKES, INC.,**

   Defendant.

## ORDER

   This judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED with prejudice**.

   **SO ORDERED** on this **26th day of May 2023.**

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE